** NOT FOR PRINTED PUBLICATION **

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:16-cv-00269 |
| | § | (Judge Clark/Judge Bush) |
| ROY L. REEVES, INDIVIDUALLY; | § | |
| ROY L. REEVES, PRESIDENT OF | § | |
| REEVES LAW FIRM PC; and | § | |
| REEVES LAW FIRM PC, | § | |
| | § | |
| Respondents. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 13, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondents Roy L. Reeves (individually and as president of Reeves Law Firm PC) and Reeves Law Firm PC be required to fully comply with the summonses issued to them and to appear at the offices of the Internal Revenue Service as directed.

The parties having waived their right to object to the report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and

conclusions of this court.

Respondents Roy L. Reeves (individually and as president of Reeves Law Firm PC) and Reeves Law Firm PC, through their representative Roy L. Reeves, are **ORDERED** to fully comply with the summonses issued and to appear on **August 12, 2016, at 9:30 a.m.**, at the offices of the Internal Revenue Service, 4050 Alpha Rd., Farmers Branch, Texas 75244, to meet with Revenue Officer Brianna Powell or her designated agent, and to comply with the summonses, and produce the records and testimony called for in the summonses.

Upon notification from Petitioner that Respondents have fully complied with this order, the case will be closed on the court's docket.

**So Ordered and Signed**
**Jul 16, 2016**

_____
Ron Clark, United States District Judge